UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**   Holding a Criminal Term

Grand Jury Sworn on May 16, 2011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. _____ |
| | ) | UNDER SEAL |
| Plaintiff, | ) | |
| | ) | 21 U.S.C. §§ 959, 960, 963 |
| v. | ) | (Conspiracy to Distribute Five |
| | ) | Kilograms or More of Cocaine and |
| PEDRO ALEJANDRO RUBIO-PEREZ, | ) | 1000 Kilograms or More of |
| | ) | Marijuana for Importation into the |
| Defendant. | ) | United States) |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 970 |
| | ) | (Forfeiture) |

Case: 1:11-cr-00306
Assigned To : Sullivan, Emmet G.
Assign. Date : 10/12/2011
Description: INDICTMENT (B)

FILED IN OPEN COURT

OCT 15 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

From in or about 1999 and continuing thereafter, up to and including 2009, the exact dates being unknown to the Grand Jury, in the countries of Mexico and the United States, and elsewhere, the defendant, **PEDRO ALEJANDRO RUBIO-PEREZ,** did knowingly and intentionally combine, conspire, confederate and agree with others both known and unknown to the Grand Jury to commit offenses against the United States, to wit: (1) to knowingly and intentionally distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and (2) to knowingly and intentionally distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, knowing and intending that said controlled substances would be unlawfully imported into

the United States from a place outside thereof, all in violation of Title 21, United States Code, Sections 959, 960, 963, and Title 18, United States Code, Section 2.

(Conspiracy to distribute five kilograms or more of cocaine and 1000 kilograms or more of marijuana for importation into the United States in violation of Title 21, United States Code, Sections 959, 960 and 963, and aiding and abetting in violation of Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

The United States hereby gives notice to the defendant that upon conviction of the Title 21 offense alleged in Count One of this indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense.

Said property includes, but is not limited to:

A sum of money equal to all proceeds the defendant obtained directly or indirectly as a result of the Title 21 offense charged in this Indictment, and all property used or intended to be used to facilitate such offenses, that is, not less than $1,000,000.00 in United States Currency, and all interest and proceeds traceable thereto; in that such sum, in aggregate, was received by the defendant in exchange for the distribution of controlled substances or is traceable thereto.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

        (a)    cannot be located upon the exercise of due diligence;

        (b)    has been transferred or sold to, or deposited with, a third person;

        (c)    has been placed beyond the jurisdiction of the Court;

        (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21, U.S.C. § 853(p) to seek forfeiture of any other property of the said defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, Untied States Code, Sections 853 and 970.)

A True Bill.

_____  
Arthur G. Wyatt  
Chief  
Narcotic and Dangerous Drug Section  
Criminal Division  
U.S. Department of Justice  
Washington, D.C. 20530

Foreperson

_____  
Rebekah W. Young  
Trial Attorney  
Narcotic and Dangerous Drug Section  
Criminal Division  
U.S. Department of Justice  
Washington, D.C. 20530