IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 16 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 11-CR-00306 (EGS) |
| PEDRO ALEJANDRO RUBIO-PEREZ ) | |
| ) | UNDER SEAL |
| Defendant ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO:   ANGELA D. CAESAR, CLERK

Please note my appearance on behalf of the defendant indicated above in the entitled action.

I am appearing in this action as retained counsel.

Date: November 16, 2015

/s/ G. Allen Dale
G. Allen Dale (No. 954537)
Law Offices of G. Allen Dale PLLC
575 7th Street, NW
Suite 300 South
Washington, D.C. 20004-2601
Telephone: (202) 638-2900
Facsimile: (202) 783-1654
*Counsel for Defendant Rubio-Perez*