IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 11-cr-306 (EGS) |
| v. | |
| PEDRO ALEJANDRO RUBIO PÉREZ, | - Filed Under Seal - |
| Defendant. | |

NOTICE OF APPEARANCE

To the Clerk of the Court, please enter the appearance of Manuel J. Retureta, as retained defense counsel of record, on behalf of the defendant.

Respectfully submitted,

**RETURETA  &  WASSEM,   P.L.L.C.**

By:_____
Manuel J. Retureta, Esq.
Washington, D.C. Bar #430006
300 New Jersey Avenue, NW, Suite 900
Washington, D.C.  20001
O - 202.450.6119 / F – 202. 347-0130
MJR@RETURETAWASSEM.COM

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing filing was served upon counsel for all parties via electronic mail on this 21st day of March 2016.

By: _____
      Manuel J. Retureta, Esq.