IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 11-cr-306 (EGS) |
| v. | |
| PEDRO ALEJANDRO RUBIO PÉREZ, | - Filed Under Seal - |
| Defendant. | |

JOINT STATUS REPORT

COME NOW the parties and respectfully submit this joint status report. At the last status hearing on January 25, 2017, the Court ordered that the parties provide the Court a joint report detailing the status of the case no later than February 27, 2017. Since the January status hearing, the parties have met, conferred and today offer the following report:

1. Efforts to reach an amicable resolution of the case prior to a trial have not succeeded. Furthermore, it is clear that further efforts to reach such a resolution will not yield any positive results.
2. The parties agree that an in-court status hearing would be appropriate so further scheduling in the case can be accomplished.
3. The parties agree that the next court hearing should incorporate a memorialization of any and all plea offers that have been made to Mr. Rubio.
4. The parties further agree that at the next court hearing the Court should schedule a trial date, motions filing date, and motions hearing date.

5. The parties respectfully suggest that the Court schedule a status hearing date at any time during the weeks of March 27th or April 3rd.

WHEREFORE, the parties respectfully submit this joint status report and incorporated requests of the Court.

### Waiver of Speedy Trial Rights

Mr. Rubio participated in the production of this status report and gave consent to the same. Accordingly, Mr. Rubio waives his right to speedy trial up to an including the next status hearing to be set by the Court. 18 U.S.C. §3161.

Filed this 27th day of February 2017.

Respectfully submitted,

RETURETA & WASSEM, P.L.L.C.

By: _____
Manuel J. Retureta, Esq.
Washington, D.C. Bar #430006
300 New Jersey Avenue, NW
Suite 900
Washington, D.C. 20001
202.450.6119
MJR@RETURETAWASSEM.COM

ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section,
Criminal Division,
United States Department of Justice

*Adrian Rosales*

By: _____
Adrian Rosales, Trial Attorney
145 N Street, NE
Second Floor, East Wing
Washington, D.C. 20530

2