**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 11-cr-306 (EGS)** |
| v. | **EXPERT NOTICE OF LINGUIST JUDI O'BRIEN** |
| **PEDRO ALEJANDRO RUBIO-PEREZ,** | |
| **Defendant.** | |

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY OF LINGUIST JUDI O'BRIEN

Pursuant to Rule 16(a)(1)(G), the United States hereby submits its notice of expert testimony for linguist Judi O'Brien. Ms. O'Brien will be qualified as an expert linguist in Spanish, and will testify as to the accuracy of the translations and transcriptions of recorded conversations and exhibits to be introduced at trial.

Ms. O'Brien has an undergraduate degree from St. Mary's College of Maryland with a minor in Spanish and Latin American Studies, and completed coursework towards a Master of Arts program from 1992-1995 at the Universidad de Costa Rica in San Jose, Costa Rica. Ms. O'Brien holds a Master of Arts in Spanish and Latin American Studies from American University. Ms. O'Brien has approximately 20 years of experience as a Spanish language translator and interpreter. She is certified by the American Translator's Association for Spanish to English translation. From 2010 to the present, she has been employed as a translator and language services coordinator with the Narcotic and Dangerous Drug Section, U.S. Department of Justice. A copy of her curriculum vitae will be provided to counsel for the Defendant.

Ms. O'Brien provided testimony in *United States v. Borda*, 07-065 (D.D.C.), United States v. Zaitar, 08-123 and 08-214 (D.D.C.), and *United States v. Knowles*, et al, 12-266 (D.D.C.)

      Ms. O'Brien will testify that she listened to the audio version of recorded conversations in Spanish, which had been transcribed verbatim in Spanish, and translated said calls to English, and each respective English translation is a true and accurate translation of the Spanish conversation.

                                  Respectfully Submitted,

                                  ARTHUR G. WYATT, Chief
                                  Narcotic and Dangerous Drug Section
                                  Criminal Division
                                  United States Department of Justice

By:                            /s/_____
                                  LaRai Everett
                                  Emily Cohen
                                  Trial Attorney
                                  Narcotic and Dangerous Drug Section
                                  Criminal Division,
                                  United States Department of Justice
                                  145 N Street, NE
                                  East Wing, Second Floor
                                  Washington, D.C. 20530
                                  Tel: 202-514-0419
                                  LaRai.Everett@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was sent via the CM/ECF system, to counsel of record for the Defendants.

                                                                       /s/
                                        LaRai Everett
                                        Emily Cohen
                                        Trial Attorney
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division,
                                        United States Department of Justice
                                        145 N Street, NE
                                        East Wing, Second Floor
                                        Washington, D.C. 20530
                                        Tel: 202-514-0419
                                        LaRai.Everett@usdoj.gov