# RETURETA & WASSEM, P.L.L.C.

ATTORNEYS AT LAW
300 NEW JERSEY AVENUE, NW ~ SUITE 900
WASHINGTON, D.C. 20001
WWW.RETURETAWASSEM.COM

MANUEL J. RETURETA, ESQ. (DC)
LEIGH ANNE WASSEM, ESQ. (MD)

(202) 450-6119
FAX: (202) 347-0130

*Let This be filed
EGS. 10/16/17*

**FILED**
OCT 1 6 2017
Clerk, U.S. District and
Bankruptcy Courts

October 16, 2017

Chambers of the Honorable Emmet G. Sullivan
United States District Court for the District of Columbia
Washington, D.C.

Re:   *United States v. Pedro Rubio*, 11-cr-306 (EGS)

Dear Judge Sullivan,

Please find enclosed a USB thumb-drive containing the wiretap documents I referenced in my Motion to Suppress Electronic Evidence filed this day as ECF Doc. __28__.

Respectfully,

*/s/ Manuel J. Retureta*

Manuel J. Retureta, Esq.

cc:  Government Counsel